UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Maricela Castro
                              Plaintiff,

v.                                                      Case No.: 1:16–cv–08153
                                                            Honorable Edmond E. Chang

All Aboard Diner, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 17, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Counsel reported that a settlement has been reached. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 03/10/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.