IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARICELA CASTRO, individually and on behalf of other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL ABOARD DINER, INC. and NICK GIANACAKOS, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 16-cv-08153<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT

Upon the Parties' Joint Motion for Court Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter without prejudice and without the assessment of costs, liquidated damages and/or attorneys' fees against any party.

The Court further extends the dismissal of this case without prejudice entered on January 17, 2017, until twenty (20) days after the Court approves the parties' settlement agreement or _____, 2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, will all parties to bear his, her or its costs, including attorney's fees.

Dated: March \_\_\_, 2017              ENTERED:


                                      _____
                                      Edmond E. Chang
                                      United States District Judge