UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Maricela Castro

                      Plaintiff,

v.                                                        Case No.: 1:16–cv–08153
                                                              Honorable Edmond E. Chang

All Aboard Diner, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 10, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the settlement agreement [19], the agreed motion to approve [16] the settlement is granted. The attorney's fees and costs might be on the upper limit of reasonableness, but if the &#036;400 filing fee is subtracted out from the portion allotted for the attorneys, the percentage would be in line with typical contingency percentages. The case remains dismissed without prejudice and with full leave to reinstate via motion, extended to 05/08/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.